UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE JOANNA WILSON,

                Plaintiff,

-against-

DOUG QUINN, and APRIL QUINN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

1:21-cv-04846-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Due to a conflict on the Court's scheduled, the Initial Pretrial Conference in this case is adjourned to October 21, 2021 at 3:00PM. The parties should use the same dial-in information that previously was provided.

**SO ORDERED.**

**Date:  October 8, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**